NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3298

MARCO A. PEREZ,

Petitioner,

v.

DEPARTMENT OF JUSTICE,

Respondent.

Thomas G. Roth, of West Orange, New Jersey, argued for petitioner.

Hillary A. Stern, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent.  With her on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General; Jeanne E. Davidson, Director; and Todd M. Hughes, Deputy Director.

Appealed from:  Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3298

MARCO A. PEREZ,

Petitioner,

v.

DEPARTMENT OF JUSTICE

Respondent.

# Judgment

ON APPEAL from the          Merit Systems Protection Board

In CASE NO(S).          NY1221070006-W-1.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, LINN, and PROST, Circuit Judges).

                    **AFFIRMED.** See Fed. Cir. R. 36.

                              *ENTERED BY ORDER OF THE COURT*


DATED February 12, 2008          /s/ Jan Horbaly
                              Jan Horbaly, Clerk